**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Raul Ramirez v. Jay LaCombe and Bianca LaCombe

Appellate case number:   01-17-00977-CV

Trial court case number: 2016-36470

Trial court:             310th District Court of Harris County

On January 2, 2018, the court reporter advised this Court that appellant had not paid for the reporter's record. This Court then issued a letter informing appellant that the deadline to submit written proof of payment for the reporter's record was 5:00 p.m., February 2, 2018. We received no response.

Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c) (stating that, if clerk's record has been filed, appellate court may consider and decide those issues or points that do not require a reporter's record).

Appellant's brief must be filed **no later than 20 days after the date of this order**.

Appellees' brief will be due within 20 days after appellants' brief has been filed.

It is so ORDERED.

Judge's signature: /s/ Jennifer Caughey
                   ☑ Acting individually    ☐ Acting for the Court

Date: February 15, 2018